IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CR-113-D

UNITED STATES OF AMERICA,        )
                                 )
        v.                       )
                                 )        **ORDER**
MILTON HERNANDEZ-SOLIZ,          )
                                 )
            Defendant.           )

The United States SHALL respond to defendant's <u>pro</u> <u>se</u> motion to reduce sentence [D.E. 113] not later than June 30, 2026.

SO ORDERED.  This 4 day of May, 2026.

_____
JAMES C. DEVER III
United States District Judge